# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Andrew Timko,<br>    Plaintiff<br><br>v.<br><br>Credit Control, LLC,<br>    Defendant | Docket 3:23-cv-00902-KM<br><br>(Magistrate Judge Karoline Mehalchihck) |

## **ORDER**

Plaintiff's Motion to Stay is GRANTED. This matter is hereby administratively closed but may be reopened upon request of either party after the entry of the Third Circuit's decision in *Barclift*.

Date:_____

                                                  Karoline Mehalchihck
                                                  United States Magistrate Judge